UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

------------------------------------------------

U.S.C.A. # _____

Krowz

U.S.D.C. # __07-cv-4541__

-v-

JUDGE: __KMW__

Howard, et al

DATE: __June 25, 2007__

------------------------------------------------

INDEX TO THE RECORD ON APPEAL

[Stamp: U.S. DISTRICT COURT JUN 25 2007]

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                 **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25th Day of June, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Knows

-v-

Howard, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-4541

JUDGE: KMW

DATE: June 25, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of June In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04541-KMW
### Internal Use Only

Knows v. Howard et al  
Assigned to: Judge Kimba M. Wood  
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/30/2007  
Date Terminated: 05/30/2007  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samara Knows.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against Robert Howard, Fuller Family. Document filed by Samara Knows.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 |  | Magistrate Judge Michael H. Dolinger is so designated. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL; The Clerk of Court is directed to assign a docket number to this matter solely for the purpose of this order. For reasons set forth in this order, accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 11 (a). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1914(a). and 28 U.S.C. 1915 (a) (1), Fed R. Civ. Proc. 11 (a). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 06/13/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint) Document filed by Samara Knows. (tp) (Entered: 06/20/2007) |
| 06/13/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Samara Knows. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. (tp) (Entered: 06/20/2007) |
| 06/20/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 06/20/2007) |
| 06/20/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 06/20/2007) |